# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## EVIDENTIAY HEARING AND SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:  23-cr-160 (20) (NEB/JFD) |
| | Date:  May 7, 2024 |
| RONALD WASHINGTON, | Courthouse:  Minneapolis |
| aka Black, | Courtroom:  13W |
| | Court Reporter:  Renee Rogge |
| Defendant. | Time Commenced:  8:35 a.m. |
| | Time Concluded:  9:30 a.m. |
| | Time in Court:  55 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

   For Plaintiff:   Jordan Sing and Samantha Bates, Assistant U.S. Attorneys
   For Defendant:   Jennifer Congdon, CJA Appointed Attorney

☒ **Evidentiary Hearing on firearm enhancement.**
   Government Witness: Nicholas Bradt, ATF Special Agent
☒ Defendant's objection to the 2-level gun enhancement was argued it is determined it applies.
☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | BOP | SR |
|:---:|:---:|:---:|:---:|
| 1 | X | 78 months | 3 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ Count 3 of the Indictment and Counts 1s and 3s of the Superseding Indictment are dismissed on motion by the Government.
☒ Sealed filings at ECF 404, 868 and 875 and restricted letters at ECF 869 and 925 shall remain sealed or restricted until 5/7/44.
☒ Defendant is remanded to the custody of the USM.

Date: May 7, 2024                                       s/KW
                                                                         Courtroom Deputy to Judge Nancy E. Brasel